IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 19-sw-05335-STV

IN THE MATTER OF THE SEARCH OF
3255 S. PARKER RD., APARTMENT 1502,
DENVER, COLORADO 80014

## MOTION TO UN-RESTRICT CASE

The United States, by and through United States Attorney Jason R. Dunn, by and through the undersigned Assistant United States Attorney, hereby respectfully requests the Court un-restrict the search warrant.

The search warrant has been executed and the defendants have been arrested; accordingly, there is no longer a necessity for the documents to remain restricted from public access.

Respectfully submitted this 3rd day of April, 2019.

                JASON R. DUNN
                United States Attorney

                By: *s/ Justin M. DeRosa*
                JUSTIN M. DEROSA
                Assistant United States Attorney
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Facsimile: (303) 454-0405
                E-mail: Justin.DeRosa@usdoj.gov
                Attorney for Government